# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| No. | ED CV 17-0023-ODW-AS | Date | September 26, 2017 |
| Title | **Daniel R. Ramirez v. Patrick F. Grabowski, et. al.,** | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | Not reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**     **SECOND ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On June 27, 2017, this Court issued an Order to Show Cause re Lack of Prosecution directing Plaintiff to show cause, "in writing, no later than **July 27, 2017**, why this action should not be dismissed with prejudice for failure to prosecute" (Docket Entry No. 7). Plaintiff was ordered to file a First Amended Complaint or "a declaration under penalty of perjury stating why Plaintiff is unable to File a First Amended Complaint." Id.

To date, Plaintiff has failed to file a First Amended Complaint, or respond to the Court's Order to Show Cause. The Court will provide Plaintiff additional time - to **October 16, 2017** - to file a First Amended Complaint or a declaration stating why he is unable to do so.

The Clerk is directed to attach a copy of the Court's Order dismissing the complaint with leave to amend (Docket Entry No. 6), and the Court's June 27, 2017 Order To Show Cause to this Order.

**If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). A notice of dismissal form is attached for Plaintiff's convenience. Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.**

cc: Otis D. Wright
    United States District Judge