**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL R. RAMIREZ, ) | NO. CV 17-0023-ODW (AS) |
| Plaintiff, ) | **ORDER ACCEPTING FINDINGS,** |
| v. ) | **CONCLUSIONS AND RECOMMENDATIONS** |
| PATRICK F. GRABOWSKI, et. al., ) | **OF UNITED STATES MAGISTRATE** |
| Defendants. ) | **JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge to which no objections were filed. The Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: December 21, 2017.

*[signature]*

OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE