**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL R. RAMIREZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PATRICK F. GRABOWSKI, et. al., ) <br> ) <br> Defendant. ) | NO. CV 17-0023-ODW (AS) <br><br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 21, 2017.

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE